UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARCELL D. SPRAGGINS,

               Petitioner,          Case No. 1:26-cv-415

v.

                                   Honorable Phillip J. Green

RICHARD BROKAW,

               Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 6, 2026                /s/ Phillip J. Green
                                               PHILLIP J. GREEN
                                               United States Magistrate Judge