UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARCELL D. SPRAGGINS,

                    Petitioner,              Case No. 1:26-cv-415

v.                                           Honorable Phillip J. Green

RICHARD BROKAW,

                    Respondent.

_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to exhaust available state court remedies.


Dated:  August 6, 2026               /s/ Phillip J. Green
                                     PHILLIP J. GREEN
                                     United States Magistrate Judge